# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00015-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RAUL RANGEL-GUTIERREZ, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 66) the Indictment (Doc. No. 40) as to Defendant Raul Rangel-Gutierrez without prejudice, following his guilty plea to a related charge filed in Case No. 5:19-CR-00050. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** the Indictment (Doc. No. 40) be DIMISSED without prejudice as to Defendant Raul Rangel-Gutierrez.

Signed: July 3, 2019

Kenneth D. Bell
United States District Judge